## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Haymer, Kimberly

Printed:  9/3/08

Case Number:  04 B 39517

Judge:  Goldgar, A. Benjamin

Filed:  10/25/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  June 12, 2008

Confirmed:  December 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,907.04 |  |
| Secured: |  | 4,357.19 |
| Unsecured: |  | 3,460.19 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,354.00 |
| Trustee Fee: |  | 544.02 |
| Other Funds: |  | 1,191.64 |
| Totals: | 11,907.04 | 11,907.04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Nationwide Acceptance Corp | Secured | 4,357.19 | 4,357.19 |
| 3. | Check Into Cash | Unsecured | 31.68 | 0.00 |
| 4. | Americash Loans, LLC | Unsecured | 57.26 | 520.50 |
| 5. | Americash Loans, LLC | Unsecured | 58.81 | 534.64 |
| 6. | Cash To Go | Unsecured | 23.10 | 210.00 |
| 7. | Comcast Cablevision | Unsecured | 55.02 | 500.20 |
| 8. | Nicor Gas | Unsecured | 11.88 | 108.00 |
| 9. | National Capital Management | Unsecured | 28.12 | 255.63 |
| 10. | AAA Checkmate LLC | Unsecured | 68.75 | 0.00 |
| 11. | Peoples Energy Corp | Unsecured | 11.37 | 0.00 |
| 12. | Trinity Hospital | Unsecured | 33.83 | 307.52 |
| 13. | Nationwide Acceptance Corp | Unsecured | 25.17 | 228.83 |
| 14. | Advance Til Payday | Unsecured | 50.55 | 459.50 |
| 15. | Arrow Financial Services | Unsecured | 36.89 | 335.37 |
| 16. | Fingerhut Corporation | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | CBCS National Collection | Unsecured | | No Claim Filed |
| 19. | Sprint | Unsecured | | No Claim Filed |
| 20. | Midland Orthopedic Association | Unsecured | | No Claim Filed |
| 21. | High Technology Inc | Unsecured | | No Claim Filed |
| 22. | WARDS | Unsecured | | No Claim Filed |
| 23. | MRI Association | Unsecured | | No Claim Filed |
| 24. | ACL Inc | Unsecured | | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:**  Haymer, Kimberly | Case Number:  04 B 39517 | |
| | Judge:  Goldgar, A. Benjamin | |
| Printed:  9/3/08 | Filed:  10/25/04 | |

| | | | |
|---|---|---|---|
| 26.  Commonwealth Edison | Unsecured | | No Claim Filed |
| 27.  Pay Day Loans | Unsecured | | No Claim Filed |
| 28.  National Quick Cash | Unsecured | | No Claim Filed |
| 29.  Uptown Cash | Unsecured | | No Claim Filed |
| 30.  University of Chicago Hospital | Unsecured | | No Claim Filed |
| 31.  Retailers National Bank | Unsecured | | No Claim Filed |
| 32.  AT&T | Unsecured | | No Claim Filed |
| 33.  Karen Nash | Unsecured | | No Claim Filed |
| 34.  Post Office Credit Union | Unsecured | | No Claim Filed |
| 35.  Credit Protection Association | Unsecured | | No Claim Filed |
| 36.  AT&T Broadband | Unsecured | | No Claim Filed |
| 37.  Aspen Apartments | Unsecured | | No Claim Filed |
| 38.  NCO Financial Systems | Unsecured | | No Claim Filed |
| 39.  Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 40.  Genesis Financial Solutions, Inc | Unsecured | | No Claim Filed |
| 41.  Check N Go | Unsecured | | No Claim Filed |
| 42.  International Check Service | Unsecured | | No Claim Filed |
| 43.  AFCA Credit Union | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 7,203.62 | $ 10,171.38 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 66.11 |
| 4% | 33.36 |
| 3% | 29.19 |
| 5.5% | 144.36 |
| 5% | 48.87 |
| 4.8% | 87.32 |
| 5.4% | 134.81 |
| | _____ |
| | $ 544.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____